PROB 12B
ED/AR (12/2012)

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 05 2013

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| Name of Offender: Donald Lee Bone | Case Number: 4:04CR00291-03 JLH |
| Name of Sentencing Judicial Officer: | Honorable George Howard, Jr.<br>United States District Judge<br><br>Reassigned to Honorable J. Leon Holmes<br>United States District Judge on December 13, 2007 |
| Original Offense: | Conspiracy to Distribute More Than 5 Grams of Cocaine Base |
| Date of Sentence: | February 9, 2006 |
| Original Sentence: | 94 months Bureau of Prisons to run consecutive to the undischarged term of imprisonment the defendant is currently serving in the Arkansas Department of Correction, 4 years supervised release, mandatory drug screening, substance abuse treatment, DNA collection and $100 special penalty assessment |
| Type of Supervision: Supervised release | Date Supervision Commenced: January 24, 2013<br>Date Supervision Expires: January 23, 2017 |
| U.S. Probation Officer: Tiffani D. Dabney | Asst. U.S. Attorney: Pat Harris | Defense Attorney: Chris Tarver |

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

Mr. Bone's conditions of supervised release will be modified to include a special condition of total alcohol abstinence throughout the course of supervision.

## CAUSE

On September 5, 2013, Mr. Bone violated this condition of supervision as evidenced by his citation for drinking in public or drinking on highway that was issued by the Arkansas State Police. In addition, on September 10, 2013, Mr. Bone reported to the probation office after excessively consuming alcohol as evidenced by the results of the breath alcohol test, which was .073.

On October 15, 2013, Assistant Federal Public Defender Chris Tarver was contacted telephonically to review the waiver of hearing to modify conditions of supervised release with Mr. Bone. On the same date, Mr. Bone signed a Prob 49, waiver of hearing to modify conditions of supervised release form, agreeing to the modification.

Prob 12B                                  -2-                          Request for Modifying the
                                                                       Conditions or Terms of Supervision
                                                                       with Consent of the Offender

Name of Offender: Donald Lee Bone                              Case Number: 4:04CR00291-03 JLH

_____                               _____
Tiffani D. Dabney                                              Pat Harris
U.S. Probation Officer                                         Assistant U.S. Attorney

Date: October 29, 2013                                         Date: 11-1-13

Approved:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

November 5, 2013
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c:  Assistant Federal Public Defender Chris Tarver, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney Pat Harris, P.O. Box 1229, Little Rock, AR 72203
    Donald Bone, 2117 W. Charles Bussey, Little Rock, AR 72202

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Mr. Bone's conditions of supervised release will be modified to include a special condition of total alcohol abstinence throughout the course of supervision.

Witness: _____   Signed: _____
U.S. Probation Officer                       Probationer or Supervised Releasee

10/15/13
DATE

_____
Chris Tarver