# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                 PLAINTIFF

v.                          NO. 4:04CR00291-03 JLH

DONALD BONE                                                DEFENDANT

## ORDER

Donald Bone has filed a motion for early termination of supervised release. Document #1036. The United States must file a response to the motion, after conferring with the probation office, on or before May 28, 2015.

IT IS SO ORDERED this 14th day of May, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE